# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>  Defendant. | CASE NO. 2:18-cv-02910-MCE-DB<br><br>**ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**<br><br><br>Hon. Morrison C. England, Jr. |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having read and considered the foregoing Joint Stipulation Regarding Revision to Rule |
| 3 | 26(f) Report, and good cause appearing therefor, PURSUANT TO STIPULATION, IT IS SO ORDERED |
| 4 | that the Initial Pretrial Scheduling Order is modifying as follows: |
| 5 | (1) The deadline to file a Motion for Class Certification and/or Motion to Deny Class |
| 6 | Certification is November 1, 2019. |
| 7 | (2) The deadline to file an opposition to the Motion for Class Certification and/or Motion to |
| 8 | Deny Class Certification is December 18, 2019; |
| 9 | (3) The deadline to file a reply brief in support of the Motion for Class Certification and/or |
| 10 | Motion to Deny Class Certification remains as January 8, 2020. |

**IT IS SO ORDERED.**

**Dated: February 20, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE