# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>    Defendant. | CASE NO. 2:18-cv-02910-MCE-DB<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE DEADLINES**<br><br><br>Hon. Morrison C. England, Jr. |

# ORDER

The Court, having read and considered the foregoing Joint Stipulation to Continue Case Deadlines, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) The Non-Expert Discovery Cut-Off (including hearing discovery motions) deadline is September 2, 2019;

(2) The deadline to submit the Initial Class Expert Disclosures and Report(s) is October 3, 2019;

(3) The deadline to submit the Rebuttal Class Expert Disclosures and Report(s) is November 14, 2019;

(4) The Class Expert Discovery Cut-Off deadline is November 24, 2019;

(5) The deadline to file the Motion for Class Certification and/or Motion to Deny Class Certification is December 16, 2019;

(6) The deadline to file the Opposition to the Motion for Class Certification and/or Motion to Deny Class Certification is February 1, 2020; and

(7) Reply brief in support of the Motion for Class Certification and/or Motion to Deny Class Certification is February 22, 2020;

**IT IS SO ORDERED.**

Dated: July 22, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE