# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated, | CASE NO. 2:18-cv-02910-MCE-DB |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING MEDIATION** |
| v. | |
| WALGREEN CO., | Hon. Morrison C. England, Jr. |
| Defendant. | |

The Court, having read and considered the Joint Stipulation to Stay Case Pending Mediation, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) The entire action is stayed pending the anticipated mediation in this matter, with the exception of remaining document production, as well as the depositions of two fact witnesses and a Rule 30(b)(6) deposition necessary for mediation;

(2) All current deadlines are hereby postponed until twenty (20) days after the lifting of the stay;

///

///

///

///

1     (3) The Parties are required to submit a report on the status of the mediation and the continued

2     propriety of the stay within one hundred twenty (120) days of this Order.

3     IT IS SO ORDERED.

4  Dated:  September 10, 2019

5

6                MORRISON C. ENGLAND, JR

7                UNITED STATES DISTRICT JUDGE