# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>WALGREEN CO.,<br><br>                    Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND CLASS NOTICE THAT EXCEEDS THE PAGE LIMIT**<br><br>Judge: Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having read and considered Plaintiffs' Application for Leave to File Reply in Support of Plaintiffs' Motion for Preliminary Approval of Settlement and Class Notice that Exceeds the Page Limit and finding good cause appearing, **IT IS HEREBY ORDERED** that:

The page limit for Plaintiffs' reply brief shall be increased from 10 to 15 pages, exclusive of exhibits, declaration, attachments and tables of contents and table of authorities.

**IT IS SO ORDERED**.

Dated: July 22, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE