1

Chiharu Sekino (SBN 306589)
csekino@sfmslaw.com
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone:  (619) 235-2416
Facsimile:   (866) 300-7367

2

3

4

5

James C. Shah (SBN 260435)
jshah@sfmslaw.com
**SHEPHERD FINKELMAN MILLER & SHAH, LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone:  (610) 891-9889
Facsimile:   (866) 300-7367

6

7

8

9

Attorneys for Plaintiffs GLORIA CAVES and TAMIM KABIR

10

[*Additional Counsel for Plaintiffs and Counsel for Defendant listed on the next page*]

11

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

12

13

GLORIA CAVES and TAMIM KABIR,
On Behalf of Themselves and All Others
Similarly Situated,

14

15

16

Plaintiffs,

17

v.

18

19

WALGREEN CO.,

20

21

Defendant.

22

23

Case No. 2:18-cv-02910-MCE-DB

**ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT**

Hon. Morrison C. England, Jr.

24

25

Upon Motion of the Plaintiffs, Defendant having consented, and the Court being

26

otherwise duly and sufficiently advised, Plaintiffs' Consent Motion for Leave to Amend

27

Class Action Complaint (ECF No. 31) is **GRANTED**.

28

///

ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO AMEND CLASS ACTION COMPLAINT

1

    Not later than five (5) days following the date this order is electronically filed,

2

Plaintiffs are directed to file their Amended Complaint on the Court's docket.

3

    IT IS SO ORDERED.

4

5

Dated:  August 10, 2020

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO AMEND CLASS ACTION COMPLAINT