# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>WALGREEN CO.,<br><br>　　　　　　　　Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR CORRECTIVE NOTICE TO THE CLASS AND ADDITIONAL OPT-OUT PERIOD**<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor |

　　　　On November 23, 2020, Plaintiffs Gloria Caves and Tamim Kabir (collectively, "Plaintiffs") filed their *Ex Parte* Application for Corrective Notice to the Class and Additional Opt-Out Period ("Application"). Upon considering the Application, the materials previously submitted in this case, and other materials relevant to this matter, Plaintiffs' Application is GRANTED and it is hereby **ORDERED** that:

　　　　1.　　Wynne Law Firm and Gallo LLP, counsel for Objector Barbito Ruan Vasquez, bear the cost of a corrective letter in a form approved by the Court and to be disseminated by the approved Settlement Administrator to the persons who received the Unapproved Notice (*see*

Exhibit A to JCS Declaration ISO Application) correcting the false and misleading statements;

2. Any Opt-Outs made by Class Members using the form provided by Objector Counsel in its Unapproved Notice declared ineffective; and

3. Within ten (10) days of the date this Order is electronically filed, the parties to this lawsuit shall file a joint status report advising the Court as to what the appropriate second Opt-Out period for the persons who received the Unapproved Notice might be.

IT IS SO ORDERED.

Dated: January 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2:18-cv-02910-MCE-DB   Order Granting Plaintiffs' *Ex Parte* Application for Corrective Notice to the Class and Additional Opt-Out Period

2