1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated, | Case No. 2:18-cv-02910-MCE-DB |
|---|---|
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO (1) CONTINUE THE SCHEDULED FINAL APPROVAL HEARING ON FEBRUARY 11, 2021; AND (2) EXTEND PAGE LIMIT ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| WALGREEN CO., | |
| Defendant. | |
| | Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor |

**ORDER**

The Court, having read and considered the Joint Stipulation to: (1) Continue the Scheduled Final Approval of Class Action Settlement Hearing ("Final Approval Hearing") on February 11, 2021; and (2) Extend Page Limit on Plaintiffs' Motion for Final Approval of Class Action Settlement, and good cause appearing therefore, PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) The Final Approval Hearing currently scheduled for February 11, 2021 is VACATED and CONTINUED to a date to be determined by stipulation of the parties;

(2) All related briefing with respect to the Final Approval Hearing will be re-set pursuant to the new Final Approval Hearing date; and

(3) Plaintiffs shall have 10 additional pages for its memorandum of points and authorities in support of the Motion for Final Approval of Class Action Settlement, exclusive of exhibits, declaration, attachments and tables of contents and table of authorities.

IT IS SO ORDERED.

Dated: January 22, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE