UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA CAVES, et al., | No. 2:18-cv-02910-MCE-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| WALGREEN CO., | |
| Defendant. | |

The Motion for Consideration filed by objector Barbarito Ruan Vasquez (ECF No. 71) is DENIED.

IT IS SO ORDERED.

Dated: March 3, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE