James C. Shah, (SBN: 260435)
**MILLER SHAH, LLP**
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 866-300-7367
Email: jcshah@millershah.com

John F. Edgar (*pro hac vice forthcoming*)
**EDGAR LAW FIRM LLC**
2600 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-531-0033
Facsimile: 816-531-3322
Email: jfe@edgarlawfirm.com

Attorneys for Plaintiffs Gloria Caves and Tamim Kabir

Allison C. Eckstrom, (SBN: 217255)
*allison.eckstrom@bclplaw.com*
Christopher J. Archibald, (SBN: 253075)
*christopher.archibald@bclplaw.com*
Karina Lo, (SBN: 322909)
*karina.lo@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Daria Dub Carlson, California Bar No. 150628
*daria.carlson@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-286
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant Walgreen Co.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO STAY CASE PENDING GLOBAL SETTLEMENT; AND ORDER** |

STIPULATION TO STAY CASE PENDING MEDIATION; ORDER     1     Case No. 2:18-cv-02910-MCE-DB

Plaintiffs Gloria Caves and Tamim Kabir ("Plaintiffs"), and defendant Walgreen Co. ("Defendant"), by and through their counsel of record, hereby submit the following Joint Stipulation to Stay Case Pending Global Mediation as follows.

WHEREAS, on November 2, 2018, Plaintiffs filed their complaint before this Court ("*Caves*");

WHEREAS, on June 22, 2020, Plaintiffs filed their Motion for Preliminary Approval outlining the terms of a proposed settlement with Defendant. (Dkt. 32.) Under the terms of the proposed settlement, a fund of $6,000,000 would be created and be paid out to "over 900 class members." (*Id.*, p. 6.);

WHEREAS, on August 13, 2020, the Court issued its Order Preliminarily Approving Settlement Agreement. (Dkt. 44.);

WHEREAS, on October 26, 2020, Objector Barbarito Ruan Vasquez ("Objector") filed his Objections to Proposed Settlement with the Court. (Dkt. 52.);

WHEREAS, Objector's counsel currently represents plaintiff Alfred Morales in a substantially similar putative class action against Defendant Walgreen Co. that was filed on October 16, 2018 in San Francisco Superior Court (Case No. CGC-18-570597) ("*Morales*"). *Morales* was filed two weeks before this action. *Morales* is currently stayed in favor of this action.

WHEREAS, Objector's counsel also represents 144 class members (102 of whom have opted out and 42 of whom are settlement class members in this case) in a mass action against Defendant that was filed on December 4, 2019 in Marin County Superior Court and subsequently removed to the United States District Court for the Northern District of California (*Aguilar, et al. v. Walgreens*, N.D. Case No. 20-cv-00124-MMC) ("*Aguilar*").  Over 100 of the *Aguilar* plaintiffs opted-out of the *Caves* settlement. *Aguilar* is currently stayed pending a Case Management Conference in that case scheduled for May 7, 2021. (*Aguilar* Dkt. 77.); and

WHEREAS, Plaintiffs, Defendant and Objector have agreed to attempt to resolve their respective disputes pursuant to a global mediation within the next ninety (90) days,

///

///

///

1  THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

This case is stayed for a period of ninety (90) days to permit the parties to complete a global mediation.

Date: March 26, 2021                                    **BRYAN CAVE LEIGHTON PAISNER LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Allison C. Eckstrom*
　　　　　　　　　　　　　　　　　　　　　　　　　Allison C. Eckstrom
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Walgreen Co.

Date: March 26, 2021                                    **MILLER SHAH LLP**

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ James C. Shah*
　　　　　　　　　　　　　　　　　　　　　　　　　James C. Shah
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

**ORDER**

Good cause having been shown, the Court adopts the stipulation of the parties as its order. This case shall be stayed for ninety days (90) from the date this Order is electronically filed. By the conclusion of this ninety (90) day period, the parties shall file a Joint Status Report advising the Court as to the status of this case. Plaintiffs' Motion for Attorneys' Fees (ECF No. 50) is DENIED without prejudice to renewal, if appropriate, once the stay is lifted.

IT IS SO ORDERED.

Dated: April 6, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE