**BRYAN CAVE LEIGHTON PAISNER LLP**
Allison C. Eckstrom, (SBN: 217255)
allison.eckstrom@bclplaw.com
Christopher J. Archibald, (SBN: 253075)
christopher.archibald@bclplaw.com
Karina Lo, (SBN: 322909)
karina.lo@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile:  (949) 223-7100

Daria Dub Carlson, (SBN: 150628)
daria.carlson@bclplaw.com
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile:  (310) 576-2200

Attorneys for Defendant Walgreen Co.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER OF DEFENDANT WALGREEN CO. REGARDING JOINT REQUEST AND STIPULATION TO LIFT STAY ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor |

# **ORDER**

Having reviewed the Joint Request and Stipulation to Lift Stay Order (the "Stipulation"), and good cause having been shown, the Court orders as follows:

(1) The Court's April 6, 2021 Stay Order in this action is hereby lifted;

(2) In the interests of judicial economy, the additional relief requested by Plaintiffs in the Stipulation is denied without prejudice until after this Court has ruled on Defendant's Request to Expand the Scope of the Corrective Notice;

(3) Rather than filing an ex parte application, however, Defendants are directed to file their request as a noticed motion.

   IT IS SO ORDERED.

Dated:  July 12, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DEFENDANT WALGREEN CO. REGARDING JOINT REQUEST AND
STIPULATION TO LIFT STAY ORDER