IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>WALGREEN CO.,<br><br>                    Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER GRANTING MOTION OF DEFENDANT WALGREEN CO. FOR ORDER EXPANDING SCOPE OF CORRECTIVE NOTICE**<br><br>Date:  August 26, 2021<br>Time:  2:00 P.M.<br>Place:  Ctrm: 7, 14th Floor<br><br>Judge: Hon. Morrison C. England, Jr. |

Presently before the Court is Defendant Walgreen Co.'s ("Defendant") Motion to Modify Scope of Corrective Notice or, in the Alternative, to Reconsider or Clarify Order Granting *Ex Parte* Application for Corrective Notice to Class and Additional Opt-Out Period).   Having considered the filings relevant to Defendant's request and the record in its entirety, it is hereby ORDERED that Defendant's Motion to Modify Scope of Corrective Notice is **GRANTED** and it is further **ORDERED** that:

(1) All opt-outs received by the Settlement Administrator from clients of Wynne Law Firm and Gallo LLP ("Gallo/Wynne"), counsel for

(2) Barbarito Vasquez, are declared ineffective;

(3) Gallo/Wynne shall bear the cost of a corrective letter in a form approved by the Court to be disseminated by the approved Settlement Administrator to all persons represented by Gallo/Wynne who opted out of the settlement of this matter (the "Gallo/Wynne Opt-Outs");

(4) The corrective letter shall inform the Gallo/Wynne Opt-Outs that Gallo/Wynne had a conflict of interest during the opt-out period and may not have provided the Gallo/Wynne Opt-Outs with accurate information regarding whether or not to opt out of the settlement; and

(5) The corrective letter shall correct the false and misleading statements made by Gallo/Wynne in the Unapproved Notice, as previously ordered by this Court on January 20, 2021 (Dkt 66).

(6) The new opt-out period shall be thirty (30) days from the date the corrective letter is sent to the Gallo/Wynne Opt-Outs.

IT IS SO ORDERED.


Dated: September 7, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE