# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER REGARDING THE REVISED CORRECTIVE NOTICE**<br><br>Judge:       Hon. Morrison C. England, Jr.<br>Courtroom: 7, 14th Floor |

Upon considering Plaintiffs' Notice of Lodgment of the Revised Corrective Notice, as well as materials previously submitted in this case, and other materials relevant to this matter, it is hereby **ORDERED** that:

///

///

///

///

1.       The Corrective Notice, attached as **Exhibit A** to Plaintiffs' Notice of Lodgment of the Revised Corrective Notice, be disseminated by the approved Settlement Administrator, Simpluris, to all persons represented by Wynne Law Firm and Gallo, LLP, who opted out of the settlement of this matter.

IT IS SO ORDERED.

Dated:  September 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE