1
James C. Shah, (SBN: 260435)
**MILLER SHAH LLP**
2
1230 Columbia Street, Suite 1140
San Diego, CA 92101
3
Telephone: 619-235-2416
Facsimile:  866-300-7367
4
Email:  jcshah@millershah.com

5
John F. Edgar (*pro hac vice forthcoming*)
**EDGAR LAW FIRM LLC**
6
2600 Grand Boulevard
Kansas City, MO 64108
7
Telephone: 816-531-0033
Facsimile:  816-531-3322
8
Email: jfe@edgarlawfirm.com

9
Attorneys for Plaintiffs Gloria Caves and
Tamim Kabir

Allison C. Eckstrom, (SBN: 217255)
*allison.eckstrom@bclplaw.com*
Christopher J. Archibald, (SBN: 253075)
*christopher.archibald@bclplaw.com*
Karina Lo, (SBN: 322909)
*karina.lo@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
1920 Main Street, Suite 1000
Irvine, California  92614-7276
Telephone: (949) 223-7000
Facsimile:  (949) 223-7100

Daria Dub Carlson, California Bar No. 150628
*daria.carlson@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-286
Telephone: (310) 576-2100
Facsimile:  (310) 576-2200

Attorneys for Defendant Walgreen Co.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>WALGREEN CO.,<br><br>                Defendant. | Case No.  2:18-cv-02910-MCE-DB<br><br>Hon. Morrison C. England, Jr.<br><br>**STIPULATION TO STAY CASE PENDING APPEALS; AND ORDER** |

Case No. 2:18-cv-02910-MCE-DB

STIPULATION TO STAY CASE PENDING APPEALS; AND ORDER

1    Plaintiffs Gloria Caves and Tamim Kabir ("Plaintiffs"), and defendant Walgreen Co.

2  ("Defendant"), by and through their counsel of record, hereby submit the following Joint Stipulation

3  to Stay Case Pending Appeals as follows.

4    WHEREAS, on November 2, 2018, Plaintiffs filed their complaint before this Court;

5    WHEREAS, on June 22, 2020, Plaintiffs filed their Motion for Preliminary Approval outlining

6  the terms of a proposed settlement with Defendant. (Dkt. 32). Under the terms of the proposed

7  settlement, a fund of $6,000,000 would be created and be paid out to "over 900 class members." (*Id*.,

8  p. 6.);

9    WHEREAS, on August 13, 2020, the Court issued its Order Preliminarily Approving

10  Settlement Agreement (Dkt. 44);

11    WHEREAS, on October 26, 2020, Objector Barbarito Ruan Vasquez ("Objector"), through

12  his counsel Gallo LLP and Wynne Law Firm ("Gallo/Wynne"), filed his Objections to Proposed

13  Settlement (Dkt. 52);

14    WHEREAS, at that time, Gallo/Wynne represented plaintiff Alfred Morales in a substantially

15  similar putative class action against Defendant that was filed on October 16, 2018 in San Francisco

16  Superior Court (Case No. CGC-18-570597) ("*Morales*"). *Morales* was stayed by the *Morales* court

17  in favor of this action;

18    WHEREAS, Gallo/Wynne also represented 144 class members in a mass action against

19  Defendant that was filed on December 4, 2019 in Marin County Superior Court and subsequently

20  removed to the United States District Court for the Northern District of California (*Aguilar, et al. v.*

21  *Walgreens*, N.D. Case No. 20-cv-00124-MMC) ("*Aguilar*");

22    WHEREAS, 102 class members represented by Gallo/Wynne opted out of the settlement and

23  42 chose to remain as settlement class members;

24    WHEREAS, on November 23, 2020, Plaintiffs filed an *Ex Parte* Application for Corrective

25  Notice to the Class and Additional Opt-Out Period (Dkt. 51), requesting that Gallo/Wynne bear the

26  cost of a corrective letter to be disseminated to class members who received an unauthorized,

27  misleading and inaccurate communication sent by Gallo/Wynne to some of the class members they

28

STIPULATION TO STAY CASE PENDING APPEALS; AND ORDER

1  represent (or represented), and that those who returned the postcard opt-out enclosed with the

2  unauthorized communication be given the opportunity to reconsider their opt-out;

3         WHEREAS, on January 20, 2021, this Court entered its Order Granting Plaintiffs' *Ex Parte*

4  Application for Corrective Notice to the Class and Additional Opt-Out Period (the "Corrective Notice

5  Order") (Dkt. 66);

6         WHEREAS, on July 13, 2021, Defendant filed a Motion to Modify Scope of Corrective Notice

7  or, in the Alternative, to Reconsider or Clarify Order Granting *Ex Parte* Application for Corrective

8  Notice to Class and Additional Opt-Out Period, requesting that a corrective notice be sent to *all* class

9  members represented by Gallo/Wynne who opted out of the settlement. (Dkt. 91). Defendant's

10  Corrective Notice Motion was based on Gallo/Wynne's conflict of interest during the opt-out period

11  due to their concurrent representation of the Objector as well as class members who wish to participate

12  in the settlement;

13         WHEREAS, on September 7, 2021, this Court entered its Order Granting Motion of Defendant

14  Walgreen Co. for Order Expanding Scope of Corrective Notice (the "Expanded Corrective Notice

15  Order") (Dkt. 101);

16         WHEREAS, the Expanded Corrective Notice Order declares as ineffective all of the opt-out

17  forms returned by clients of Gallo/Wynne, and further provides that a corrective notice will be sent

18  to all clients of Gallo/Wynne in this case and that they will be given the opportunity to reconsider

19  whether to opt out of the settlement (*Id*.);

20         WHEREAS, on September 14, 2021, Plaintiffs filed a Notice of Lodgment of a Revised

21  Corrective Notice, which reflected the Expanded Corrective Notice Order (Dkt. 103);

22         WHEREAS, on September 17, 2021, Gallo/Wynne filed a Notice of Appeal of the Expanded

23  Corrective Notice Order (Dkt. 104);

24         WHEREAS, on September 27, 2021, this Court entered an Order Regarding the Revised

25  Corrective Notice, ordering that the revised corrective notice lodged by Plaintiffs to effectuate the

26  Expanded Corrective Notice Order be disseminated to all persons represented by Gallo/Wynne who

27  opted out of the settlement of this matter (Dkt. 107) (the "Dissemination Order");

28

1    WHEREAS, on September 29, 2021, Gallo/Wynne filed a Notice of Appeal of the

2  Dissemination Order;

3    WHEREAS, Gallo/Wynne have requested that the parties herein agree to a stay of this case

4  pending the resolution of the appeals of the Expanded Corrective Notice Order and the

5  Dissemination Order (collectively, the "Appeals");

6    WHEREAS, the parties believe that, in the interests of judicial economy, this case should be

7  stayed pending the resolution of the Appeals, which are being heard by the Ninth Circuit on an

8  expedited briefing schedule;

9    NOW, THEREFORE, the parties request that the Court order this case stayed pending the

10  resolution of the Appeals.

11    **IT IS SO STIPULATED.**

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO STAY CASE PENDING APPEALS; AND ORDER

1     THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL,

2 AS FOLLOWS:

3     This case is stayed pending the resolution of Gallo/Wynne's Appeals of the Expanded

4 Corrective Notice Order (Dkt. 101) and the Dissemination Order (Dkt. 107).

5 Date: October 19, 2021                          **BRYAN CAVE LEIGHTON PAISNER LLP**

6
                                                   */s/Allison C. Eckstrom*
7                                                  Allison C. Eckstrom
                                                   Attorneys for Defendant Walgreen Co.
8

9 Date: October 19, 2021                          **MILLER SHAH LLP**

10
                                                   */s/ James C. Shah*
11                                                 James C. Shah
                                                   Attorneys for Plaintiffs
12

13     IT IS SO ORDERED.

14 Dated:  November 9, 2021

15

16                                                 _____
                                                   MORRISON C. ENGLAND, JR
17                                                 SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO STAY CASE PENDING APPEALS; AND ORDER