James C. Shah (SBN 260435)
Chiharu G. Sekino (SBN 306589)
MILLER SHAH LLP
1230 Columbia Street, Suite 1140
San Diego, CA 92101
Telephone: 619-235-2416
Facsimile: 866-300-7367
Email: jcshah@millershah.com
       cgsekino@millershah.com

*Attorneys for Plaintiffs GLORIA CAVES and TAMIM KABIR*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　　　　　　Defendant. | Case No. 2:18-cv-02910-MCE-DB<br><br>**ORDER RE PLAINTIFFS' WAIVER OF PERSONAL APPEARANCE AND CONSENT TO VIDEO CONFERENCE HEARING**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Hearing: January 5, 2023<br>Time: 10:00 a.m.<br>Courtroom: 7, 14th Floor |

The Court, having considered Plaintiffs, Gloria Caves and Tamim Kabir's ("Plaintiffs") Waiver of Personal Appearance and Consent to Video Conference Hearing, hereby orders that Plaintiffs' right to appear personally at the Final Approval Hearing currently scheduled for January 5, 2023 at 10:00 a.m. in Courtroom 7, 14th Floor, located at the United States District Court for the Eastern District of California, 501 I Street Sacramento, California 95814, is waived, and Plaintiffs shall appear through their counsel of record via Zoom, video conference or as otherwise directed by the Court.

IT IS SO ORDERED.

DATED:  December 16, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER RE PLAINTIFFS' WAIVER OF PERSONAL APPEARANCE AND CONSENT TO VIDEO CONFERENCE HEARING