**BRYAN CAVE LEIGHTON PAISNER LLP**
Allison C. Eckstrom, California Bar No. 217255
allison.eckstrom@bclplaw.com
Christopher J. Archibald, California Bar No. 253075
christopher.archibald@bclplaw.com
Karina Lo, California Bar No. 322909
karina.lo@bclplaw.com
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Daria Dub Carlson, California Bar No. 150628
daria.carlson@bclplaw.com
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant Walgreen Co.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| GLORIA CAVES and TAMIM KABIR, On Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Case No. 2:18-cv-02910-MCE-DB <br><br> Hon. Morrison C. England, Jr. <br><br> **ORDER RE DEFENDANT WALGREEN CO.'S WAIVER OF PERSONAL APPEARANCE AND CONSENT TO VIDEO CONFERENCE HEARING** <br><br><br> Date: January 5, 2023 <br> Time: 10:00 a.m. <br> Place: Ctrm: 7, 14th Floor |

The Court, having considered Defendant Walgreen Co.'s ("Defendant") Waiver of Personal Appearance and Consent to Video Conference Hearing, hereby orders that Defendant's right to appear personally at the Final Approval Hearing currently scheduled for January 5, 2023 at 10:00 a.m., in Courtroom 7, 14th Floor, located at the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814, is waived, and Defendant shall appear through its counsel of record via Zoom, videoconference, or as otherwise directed by the court.

IT IS SO ORDERED.

Dated: January 5, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE